**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor SALDIVAR–QUEZADA, Defendant—Appellant.**

No. 05–10276.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 12, 2006.

Reese V. Bostwick, Esq., USTU–Office

---

* This panel unanimously finds this case suit-

of the U.S. Attorney, Evo A. Deconcini, Tucson, AZ, for Plaintiff—Appellee.

Sean Bruner, Esq., Bruner & Upham, P.C., Tucson, AZ, for Defendant—Appellant.

Before: HAWKINS, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Victor Saldivar–Quezada appeals from the 57–month sentence imposed after his guilty-plea conviction to unlawful re-entry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Saldivar–Quezada's contentions are foreclosed by this circuit's case law. *See United States v. Velasquez–Reyes*, 427 F.3d 1227, 1229 (9th Cir.2005) (rejecting contention that prior convictions must be proved to a jury if not admitted by the defendant); *see also United States v. Weiland*, 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting that the court continues to be bound by the Supreme Court's holding in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (2005)).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

